**Order entered December 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00967-CV

## IN THE INTEREST OF T.S., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-818-X**

## ORDER

The reporter's record in this accelerated appeal from a parental termination case is overdue. Accordingly, we **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file the record **no later than December 16, 2021.** As the reporter's record was first due November 15, 2021, *extensions will not be granted absent exigent circumstances and the trial court must arrange for a substitute reporter if necessary to ensure the timely filing of the record.* *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.

/s/   KEN MOLBERG
JUSTICE